|  | FILED |
|---|---|
| **SUMMONS** | 9th JUDICIAL DISTRICT COURT<br>Curry County<br>11/18/2020 10:25 AM<br>CLERK OF THE COURT<br>SHELLY BURGER |

| **District Court:**<br>Ninth Judicial District Court<br>Curry County<br>700 N. Main St., Ste. 11<br>Clovis, NM 88101<br>575-742-7500 | **Case Number:**<br>D-905-CV-2020-00490<br><br>**Assigned Judge:**<br>Judge David Reeb |
|---|---|
| AERO TECH, INC.,<br>    Plaintiff,<br><br>v.<br><br>GREAT AMERICAN INSURANCE COMPANY,<br>dba GREAT AMERICAN INSURANCE GROUP<br>and GREAT AMERICAN INSURANCE AGENCY, INC.,<br>    Defendant. | **SUMMONS ADDRESSED TO:**<br><br>Great American Insurance Company dba Great American Group and Great American Insurance Agency, Inc.<br>c/o CT Corporation System<br>Designated Registered Agent<br>206 S. Coronado Ave.<br>Espanola, NM 87532 |

**TO THE ABOVE NAMED DEFENDANT(S):** Take notice that:

1. A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.
2. You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.
3. You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.
4. If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.
5. You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.
6. If you need an interpreter, you must ask for one in writing.
7. You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at ~~Roosevelt~~ Curry County, New Mexico, this 17th day of November, 2020.

SHELLY BURGER
CLERK OF COURT

By: /s/ Matilda Montoya
    Deputy



/s/ Stephen Doerr
Stephen Doerr, Esq.
212 West 1st Street
Portales, NM 88130
(T) 575/359-1289
(F) 575/359-1898
Email: steve@yucca.net

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

**EXHIBIT B**

## RETURN

STATE OF _New Mexico_ )
                      )ss
COUNTY OF _Rio Arriba_ )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in _Rio Arriba_ county on the _17_ day of _November, 2020_ by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]   to the defendant_____(used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint)

[ ]   to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (used when service is by mail or commercial courier service).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]   to_____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant_____, (used when the defendant is not presently at place of abode) and by mailing by first class mail to the defendant at _____(insert defendant's last known mailing address) a copy of the summons and complaint.

[ ]   to_____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____(insert defendant's business address) and by mailing the summons and complaint by first class mail to the defendant at_____(insert defendant's last known mailing address).

[X]   to _Judy Romero (Intake Specialist)_ _CT Corporation System_, an agent authorized to receive service of process for

defendant _Great American Insurance Company d/b/a Great American Group and Great American Insurance Agency, Inc._

[ ] to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (used when defendant is a minor or an incompetent person).

[ ] to _____ (name of person), _____, (title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision).

Fees: $135.55

_Manuel A Maestas_
Signature of person making service

_____
Title (if any)

Subscribed and sworn to before me this _17_ day of _November_, 2020

_[signature]_
Judge, notary or other officer
authorized to administer oaths

_Notary_
Official title

OFFICIAL SEAL
Patricia Padilla
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 11/24/21

**STATE OF NEW MEXICO**
**IN THE DISTRICT COURT**
**COUNTY OF CURRY**

FILED
9th JUDICIAL DISTRICT COURT
Curry County
12/14/2020 10:58 AM
CLERK OF THE COURT
SHELLY BURGER

AERO TECH, INC.
    Plaintiff,

v.

GREAT AMERICAN INSURANCE COMPANY
dba GREAT AMERICAN INSURANCE GROUP AND
GREAT AMERICAN INSURANCE AGENCY, INC.
    Defendant.

No: D-905-CV-2020-00490

## MOTION FOR ADMISSION *PRO HAC VICE*

Stephen Doerr, Esq. of Doerr & Knudson, PA, counsel for Plaintiffs respectfully moves the Court for permission to allow Robert Lakind of Szaferman, Lakind, Blumstein & Blader, PC law firm, 101 Grovers Mill Rd., Ste. 200, Lawrenceville, NJ 08648, to appear Pro Hac Vice in the above style litigation as counsel for the Plaintiffs in association with Doerr & Knudson, P.A. (*Stephen Doerr, Esq.*) and respectfully states the following:

1. Petitioner is a member in good standing of the bar of the State of New Mexico and of the United States District Court for the District of New Mexico.

2. Robert Lakind, Esq. is an attorney in good standing licensed to practice law in the State of New Jersey, the State of New York, the Commonwealth of Pennsylvania and in the following Federal Courts: the United States District Court for the District of New Jersey, the United the United States District Court for the Eastern District of Pennsylvania, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Northern District of New York, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals

1

for the Third Circuit and the United States Court of Appeals for the District of Columbia Circuit.

3. Mr. Lakind submits himself to the jurisdiction and rules of this Court governing professional conduct in this matter.

4. Robert Lakind, Esq. designate Stephen Doerr, Esq. as a member of the bar of this Court who maintains an office in Portales, New Mexico for the purpose of practicing law and with whom the Court and Opposing counsel may readily communicate regarding the conduct of this case.

5. The Affidavit of Robert Lakind, Esq. is attached hereto in support of the foregoing motion.

**WHEREFORE,** Plaintiffs respectfully request that this Court enter an Order to permit Robert Lakind, Esq. to appear and participate in this litigation *Pro Hac Vice* as counsel for Plaintiff.

*Respectfully Submitted By*

*Doerr & Knudson, P.A.*
By: *"Electronically Filed"*
*/s/ S. Doerr*
Doerr & Knudson, P.A.
STEPHEN DOERR, ESQ.
212 West First Street
Portales NM  88130
(575) 359-1289 Telephone
E-mail:  steve@yucca.net

2

**STATE OF NEW MEXICO**
**IN THE DISTRICT COURT**
**COUNTY OF CURRY**

FILED
9th JUDICIAL DISTRICT COURT
Curry County
12/14/2020 11:24 AM
CLERK OF THE COURT
SHELLY BURGER

AERO TECH, INC.
    Plaintiff,

v.

GREAT AMERICAN INSURANCE COMPANY
dba GREAT AMERICAN INSURANCE GROUP AND
GREAT AMERICAN INSURANCE AGENCY, INC.
    Defendant.

No: D-905-CV-2020-00490

### AFFIDAVIT OF ROBERT LAKIND, ESQ.

I, Robert Lakind, Esq., being duly sworn, hereby states under oath:

1. I am an attorney admitted to practice in the States New Jersey (Bar No.036242009) and New York (Bar No. 4526331). I am also admitted to practice in the Commonwealth of Pennsylvania (Bar No. 208423)

2. I attended the American University Washington College of Law and received a J.D. degree from that institution in 2006.

3. I am admitted to practice before the courts in the State of New Jersey, State of New York and the Commonwealth of Pennsylvania. Further, I am also admitted to practice before the following Federal Courts: the United States District Court for the District of New Jersey, the United States District Court for the Eastern District of Pennsylvania, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Northern District of New York, the United States Court of Appeals for the Second Circuit, the United States Court of

1

Appeals for the Third Circuit and the United States Court of Appeals for the District of Columbia Circuit.

4. I am a member in good standing in all bars of which I am a member, and I have no pending disciplinary proceedings in any jurisdiction against me.

5. I am familiar with and will abide by the Local Rules for the District Courts of New Mexico.

6. The law firm of Doerr & Knudson, P.A., is co-counsel with me in this matter and they are located within the State of New Mexico. Stephen Doerr, Esq., is the attorney from that firm handling the file and he is admitted to the bar of this United States District Court for the District of New Mexico.

*Robert Lakind*
Robert Lakind, Esq.

STATE OF NEW JERSEY )
                    )
COUNTY OF Mercer    )

This document is notarized by Marie Lynne Wood, pursuant to New Jersey P.L. 2020 Chapter 26 which allows for remote notarizations. I am an active New Jersey notary public. I remotely confirmed that Robert Lakind signed the attached affidavit. I personally know Robert Lakind as I work with him. On December 4, 2020, through a zoom call, I had Robert Lakind confirm that he signed the attached Affidavit. Moreover, while I know Robert Lakind personally, I also had him show me his driver's license on the zoom call. Subscribed and sworn to before me by Robert Lakind, Esq., by a remote notarization, on this 4th day of December, 2020.

(SEAL)

*Marie Lynne Wood*
Notary Public

My Commission Expires: _____

MARIE LYNNE WOOD
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 3/4/2021

2

*Respectfully Submitted By*

**Doerr & Knudson, P.A.**
**By:** **"Electronically Filed"**
**/s/ S. Doerr**
Doerr & Knudson, P.A.
STEPHEN DOERR, ESQ.
212 West First Street
Portales NM  88130
(575) 359-1289 Telephone
E-mail:  steve@yucca.net

3

STATE OF NEW MEXICO
IN THE DISTRICT COURT
COUNTY OF CURRY

FILED
9th JUDICIAL DISTRICT COURT
Curry County
12/15/2020 10:56 AM
CLERK OF THE COURT
SHELLY BURGER

AERO TECH, INC.
    Plaintiff,
v.

GREAT AMERICAN INSURANCE COMPANY
dba GREAT AMERICAN INSURANCE GROUP AND
GREAT AMERICAN INSURANCE AGENCY, INC.
    Defendant.

No: D-905-CV-2020-00490

## ORDER GRANTING ADMISSION *PRO HAC VICE* TO ATTORNEY ROBERT LAKIND

**THIS MATTER** having come before the Court on the Motion filed herein the Court being fully advised on the premises **FINDS**:

1. That Robert Lakind, Esq. is a member in good standing in the State of New Jersey and the Common Wealth of Pennsylvania.

2. Stephen Doerr with the law firm of Doerr & Knudson, PA has filed a Motion with the Court requesting the Admission of Robert Lakind Pro Hac Vice and the Court finds the Motion to be well taken.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that pursuant to Rule 24-106 NMRA 2018 and in the above styled and numbered cause of proceeding, Robert Lakind, Esq. be, and hereby is authorized to serve as the co-counsel for the Plaintiff Aero Tech, Inc. with the law firm of Doerr & Knudson, PA.

**DONE** this 15th day of December, 2020.

_____
Honorable David P. Reeb